# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

131940

MICHAEL GORDON SOWERS,
     Plaintiff-Appellant,

v

MICHELE LYNN MORRISSETT
f/k/a MICHELE LYNN SOWERS,
     Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131940
COA: 269909
Wayne CC Family Div:
00-040596-DM

_____/

On order of the Court, the application for leave to appeal the May 17, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

_____
Clerk

p0913